IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GILBERT GARCIA,**

    Plaintiff,

v.    No. 15-cv-0609 SMV

**CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,**

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)    Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **November 12, 2015**;

(2)    Defendant shall file a Response no later than **January 7, 2016**;

(3)    Plaintiff may file a Reply no later than **February 4, 2016**;

(4)    All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)    All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

    _____
    **STEPHAN M. VIDMAR
    United States Magistrate Judge
    Presiding by Consent**