IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GILBERT GARCIA,
        Plaintiff,

vs.                                 CIV NO.   15-00609 SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
        Defendant.

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 18) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 17), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until February 8, 2016, to file a response, and Plaintiff shall have until February 22, 2016, to file a reply.

SIGNED __January 4__, 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 1/04/16*
PAMELA M. WOOD
Special Assistant United States Attorney

*Electronically approved 1/04/16*
GARY J. MARTONE
Attorney for Plaintiff